## GUS SCLAFANI CORPORATION, Appellant,

v.

## VIOLET PACKING COMPANY, Appellee.

No. 02–1351.

United States Court of Appeals, Federal Circuit.

Jan. 10, 2003.

Rehearing and rehearing en banc denied Feb. 19, 2003.

Before CLEVENGER, RADER, and GAJARSA, Circuit Judges.

death was work-related.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.